STATE OF NEW JERSEY v. JOSEPH LEE IRVING.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE A. SINDORA.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH A. GIORGIANNI.

July 2, 1982.

Petition for certification denied.

THOMAS MC HALE v. PUBLIC SERVICE ELECTRIC & GAS COMPANY.

July 2, 1982.

Petition for certification denied.